AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Tamika Lynette Belle<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 13-8109-WM |

FILED by _____ D.C.
FEB 2 7 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Dec. 28, 2012 through Jan. 3, 2013 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in possession. |
| 18 U.S.C. § 922(a)(6) | False statement on an Alcohol, Tobaco and Firearm form. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Vincent Holmes - S/Euac Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/27/2013

_____
Judge's signature

City and state: West Palm Beach, Florida

William Matthewman, United States Magistrate Judge
Printed name and title

## **AFFIDAVIT**

Your affiant, Vincent L. Holmes, first being duly sworn, does hereby depose and state as follows:

1. I am currently employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF&E). Prior to that I was employee as a sworn Law Enforcement Official for two (2) years as a Special Agent with the Florida Department of Law Enforcement, three and a half years as a Special Agent with the State Division of Alcoholic Beverages and Tobacco, and four (4) and a half years as an officer and investigator with the Florida A & M University Police Department. I have received the following information as a result of my own investigation and information received from witnesses and other law enforcement officers with personal knowledge of the events described herein.

2. This affidavit is based on my own investigation and on information and evidence provided to me by other law enforcement officers with personnel knowledge of the events described herein, and upon law enforcement and United States Immigration databases. This affidavit is submitted for the limited purpose of establishing probable cause to arrest Tamika Lynette BELLE for the offense of Possession of a Firearm by a Convicted Felon, in violation of Title 18 United States Code Section 922(g)(1) and making false statements on a ATF Form, in violation of Title 18 United States Code Section 922 (a)(6), and does not purport to set forth every fact known to myself regarding this investigation.

3. On February 6, 2013, Special Agent (SA) Holmes of the ATF West Palm Beach Field Office initiated an investigation of BELLE, a previously convicted felon, who provided false or fictitious information to a Federal firearm licensee (FFL) in an attempt to acquire a firearm, in violation of Title 18 USC Section 922 (g)(1) and 922(a)(6).

4.      On or about May 05, 2011, Tamika BELLE, being represented by counsel, pled "No Contest" to the offense of Possession of Marijuana for Sale. A felony as defined by the state of California in violation of California Health and Safety code 11359, under case number RIF10-004568, in the Superior Court of California County of Riverside. As a result of her plea Tamika BELLE was sentenced to Twenty-Four (24) months prison, sentence/suspended, Thirty-Six (36) months probation, Six (6) months jail/suspended.

5.      On February 06, 2013, SA Holmes reviewed a referral of information from the Florida Department of Law Enforcement (FDLE) indicating that on February 5, 2013, an FDLE record check on Tamika BELLE resulted in a denial for her to purchase a firearm at TJ's Pawn and Gun based on a prior felony conviction for Unlawful Possession of Marijuana for Sale.

6.      On or about December 28, 2012, Tamika BELLE entered FFL TJ's Pawn and Gun (FFL# 1-59-099-02-3E-06434) located at 10045-4 Belvedere Road, Royal Palm Beach, Florida 33411, and provided false and fictitious information to that FFL in an attempt to acquire a firearm which she previously pawned on December 03, 2012, in violation of Title 18 USC 922(a)(6). BELLE, falsified an ATF Form 4473, Firearms Transaction Record by stating "NO" to question 12c which asks "Have you been convicted in any court of a felony, or any other crime for which the judge could imprison you for more than one year, even if you received a shorter sentence including probation?" In "Section 2" of the ATF Form 4473, BELLE listed her current address as 6901 Okeechobee Boulevard. The form states (U. S. Postal Abbreviations are acceptable. Cannot be a post office box). At that time, BELLE presented a Florida Driver's License as official government issued picture identification that bears the picture, signature, address, and date of birth of Tamika Lynette BELLE. The Florida Driver's License listed an address of 6901 Okeechobee Boulevard, Suite #D5 H5, West Palm Beach, Florida, 33411.

7. On February 7, 2013, SA Holmes contacted the State of California Department of Justice Attorney General's Office as well as the Superior Court of California County of Riverside clerk of courts and verified the aforementioned conviction for Tamika BELLE.

8. On February 07, 2013, SA Holmes contacted Riverside County State Probation Officer Arianna Robbins. Officer Robbins informed SA Holmes that BELLE was actively on probation. Officer Robbins further informed SA Holmes that BELLE was placed on probation on May 05, 2011, for the conviction of Possession of Marijuana for Sale. She is scheduled to terminate May 2014. Officer Robbins also informed SA Holmes that she last had contact with BELLE on March 31, 2012, and granted her a temporary travel permit. The permit was for travel to Miami for employment purposes on April 1st and return on April 13, 2012. Officer Robbins stated that BELLE was required to physically return to her office within forty-eight (48) hours of her return to California. Officer Robbins stated that she has not had any additional contact with BELLE since March 31, 2012.

9. On February 7, 2013, SA Holmes obtained a copy of the Florida Driver's license issued on 12-21-2012 to Tamika Lynette BELLE, from the Department of Highway Safety and Motor Vehicles in Tallahassee, Florida. SA Holmes compared the certified true and correct copy of the driver license to the photocopy of the driver license taken by TJ's Pawn and Gun when presented by Tamika BELLE during her acquisition attempt, and found them to be one in the same. SA Holmes also compared the name, date of birth, race, sex, and height information on the driver license of Tamika BELLE to the same information appearing on the FBI Master Criminal History printout for Tamika BELLE with FBI # 273726TB5, and found this information to be the same.

10. On February 7, 2013, SA Holmes visited TJ's Gun and Pawn an ATF Federal firearms licensee and confirmed that TJ's Pawn and Gun store is an authorized ATF Federal firearms license holder at 10045-4 Belvedere Road, Royal Palm Beach, Florida under FFL # 1-59-099-02-3E-06434 and was so licensed on or about December 28 2012 and January 03, 2013, when Tamika BELLE

attempted to acquire a previously pawned Springfield, model XD-9, 9mm caliber semi automatic pistol bearing serial number XD13338, in which BELLE subsequently took possession of.

11. On February 7, 2013, SA Holmes visited 6901 W. Okeechobee Boulevard, #D5, West Palm Beach, Florida 33411 and determined this location to be US Postal & Printing. SA Holmes verified through ownership that Tameka BELLE has use of P. O. Box #H5 at this location which BELLE listed on ATF F 4473 as her current place of residence.

12. Your affiant submitted the aforementioned information concerning the firearm possessed by Tamika Lynette BELLE to ATF Special Agent Michael Kelly of the Ft. Pierce Field office, who is an expert witness in the area of the interstate commerce nexus of firearms and ammunition in the Southern District of Florida. SA Kelly advised your affiant that the aforementioned firearm was manufactured outside the State of Florida, and thus, by it's subsequent presence in the State of Florida, it had traveled in and affected interstate and/or foreign commerce.

13. On the basis of the foregoing facts, your affiant submits that probable cause exists to charge Tamika Lynette BELLE with the offense of Possession of a Firearm by a Convicted Felon, which had previously traveled in interstate or foreign commerce, in violation of Title 18 United States Code Section 922(g)(1) and making false statements on a ATF Form, in violation of Title 18 United States Code Section 922 (a)(6).

FURTHER YOUR AFFIANT SAITH NAUGHT.

_S/A [signature]_

VINCENT L. HOLMES
SPECIAL AGENT

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

SWORN TO AND SUBSCRIBED BEFORE ME THIS 27th DAY OF February 2013, AT WEST PALM BEACH, FLORIDA.

_____
THE HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Tamika Lynette Belle

**Case No.:** 13-8109-WM

Count #: 1

Felon in possession.

18 U.S.C. § 922(g)

**\* Max.Penalty:**   10 years imprisonment; 3 years supervised release; $250,000 fine.

Count #: 2

False statement on an Alcohol, Tobacco and Firearm form.

18 U.S.C. § 922(a)(6)

**\* Max.Penalty:**   5 years imprisonment; 3 years supervised release; $250,000 fine.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-8109-WM

### BOND RECOMMENDATION

DEFENDANT: Tamika Lynette Belle

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Stephanie Evans* (signature)
AUSA: Stephanie D. Evans

Last Known Address: _____

What Facility: _____

Agent(s): Special Agent Vincent Holmes
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)
Alcohol, Tobacco and Firearms

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-8109-WM

UNITED STATES OF AMERICA

vs.

TAMIKA LYNETTE BELLE,

      Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

      Respectfully submitted,

      WIFREDO A. FERRER
      UNITED STATES ATTORNEY

BY: _____
      Stephanie D. Evans
      Assistant United States Attorney
      Florida Bar No. 255180
      500 S. Australian Avenue, Suite 400
      West Palm Beach, FL 33401
      TEL: (561) 820-8711
      FAX: (561) 805-9846
      STEPHANIE.D.EVANS@usdoj.gov